**Sunday Olakanpo OLASBIKAN, Petitioner–Appellant,**

v.

**John ASHCROFT; Doris Meissner; Bureau of Immigration and Customs Enforcement; Edward McElroy; Christine G. Davis, Respondents–Appellees.**

No. 03–30309.

Summary Calendar

United States Court of Appeals, Fifth Circuit.

Dec. 5, 2003.

Sunday Olasebikan, Jacksonville, TX, for Plaintiff–Appellant.

Thomas Burton Thompson, Assistant US Attorney, US Attorney's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM.*

Sunday Olakanpo Olasebikan, Federal prisoner # 04895–078, has appealed the dismissal, pursuant to Immigration and Nationality Act ("INA") § 242(a)(2)(B), of his petition for a writ of habeas corpus, under 28 U.S.C. § 2241, challenging the affirmance by the Bureau of Immigration Appeals of the denial of his application under INA § 212(c) for waiver of deportation. Because Olasebikan has departed from the United States, we lack jurisdiction and the appeal must be dismissed. *See* 8 U.S.C. § 1105a(c) (1994); *see also Cipriano v. INS*, 24 F.3d 763, 764 (5th Cir.1994).

APPEAL DISMISSED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.